IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: HEILIG-MEYERS COMPANY, et al., <br><br> Debtors. <br><br> WACHOVIA BANK, N.A., for Itself and as Collateral Agent for Pre-Petition Secured Lenders, <br><br> Appellant, <br><br> v. <br><br> HMY ROOMSTORE, INC., et al., <br><br> Appellees. | Civil Action Number 3:05MC008-JRS |

## **ORDER**

THIS MATTER comes before this Court upon Appellant Wachovia Bank's Motion for a Stay of Order Entered by the Bankruptcy Court Confirming Plan of Reorganization of HMY RoomStore, Inc. Upon due consideration, and for the reasons stated in the accompanying Memorandum Opinion, Appellant's Motion is hereby DENIED.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

ENTERED this  14th  day of JUNE, 2005

/s/ James R. Spencer
UNITED STATES DISTRICT JUDGE